FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3387
_____

CORDELL SCOTTY,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.
_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 7, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cordell Scotty, pro se, Petitioner.

Kenneth S. Steely, General Counsel; Beverly Brewster and Eric Salvatore Giunta, Assistant General Counsel, Tallahassee, for Respondent.